E-filing

Roni Rotholz, Esq. (SBN 092448)
LAW OFFICE OF RONI ROTHOLZ
1870 Olympic Blvd., Suite 120
Walnut Creek, CA 94596

Telephone: (925) 932-0193
Facsimile: (925) 939-8434
E-mail: rrotholz@aol.com

Attorney for Theodore James Spelman, Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT

Civil Action No.: CV 08 2626

| | |
|---|---|
| THEODORE JAMES SPELMAN, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICA WEST AIRLINES/ U S AIRWAYS, <br> And DOES 1 - 20, <br><br> Defendants. | **COMPLAINT FOR DAMAGES** <br> 1. Negligence <br> 2. Negligent Infliction of Emotional Distress <br> 3. Intentional Infliction of Emotional Distress |

Plaintiff, Theodore James Spelman, alleges as follows:

I. **PRELIMINARY STATEMENT**

1. This action seeks to recover damages for injuries and other losses suffered by Plaintiff from his injuries, suffered, due to Defendants' negligence, when Plaintiff was a passenger aboard Defendants' airline.

II. **JURISDICTION**

2. This action arises out of the diversity provisions of the applicable Federal Regulations setting the Federal Court as the appropriate jurisdiction for actions which arise between

Complaint for Damages

1 parties residing in different states, and for actions claiming compensation for injuries
2 sustained in the course of inter-state travel and commerce.

### III. VENUE

3. This action properly lies in this Northern District of California because Plaintiff resides in this judicial jurisdiction.

### IV. PARTIES

4. Plaintiff THEODORE JAMES SPELMAN is a citizen and resident of the United States, County of Contra Costa, State of California, and is a male.

5. Defendant America West Airlines/U S Airways is a public entity, business form unknown.

6. Plaintiff is informed and believes, and on such information and belief alleges, that the DOES Defendants were the agents of Defendant America West Airlines/U S Airways and were acting within the scope of their agency employment.

7. Plaintiff is informed and believes, and therein alleges, that each of the Defendants designated herein as a "DOES" is legally responsible, in some manner or form, for the event described herein, and legally caused the injuries and damages to Plaintiff. Plaintiff will ask that this complaint be amended when the true names of said Defendants are ascertained.

### V. FACTS     (First Cause of Action, Negligence)

8. The events re which the instant complaint is filed took place on May 26, 2006, as follows: Plaintiff was a passenger aboard Defendant's airplane, traveling, as a paid passenger, between Reno, Nevada, to Dallas, Texas, with a stop in Las Vegas. Approximately at the time of the take-off of said flight, the seat upon which Plaintiff was seated in the aircraft broke, causing the back of the seat to collapse backwards, and causing Plaintiff to be thrust backwards with great energy; due to said thrust, and to his effort to mitigate same (specifically, the back of the seat, secured on both sides by screws or bolts, broke on its left

Complaint for Damages

1  side, apparently as the result of the screw(s) on said side having failed due to being stripped
2  and to the lack of maintenance re same), instinctively and affirmatively, Plaintiff was injured
3  in the areas of his neck, shoulders, and middle back. (Plaintiff, due to inertia, was thrust
4  backwards in a left direction and pulled himself frontward-rightward in mitigation, thus
5  sustaining the alleged injuries.)

6      9. It is Plaintiff's assertion, and informed belief, that the equipment failure set forth in #
7  8 hereinabove, was the result of the negligence, failed maintenance, and negligent
8  maintenance of the subject equipment by Defendant and its agents.

9      10. As a direct and proximate result of Defendants' negligence, and failure to inspect
10 and inform, as set forth hereinabove, and hereinbelow, Plaintiff suffered special damages,
11 including, but not limited to the loss of income, which, as of the date of this complaint,
12 exceed $50,000.

13

14 **NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**
15 **(Second Cause of Action)**

16     11. By this reference Plaintiff incorporates the allegations of paragraphs 1 through 10,
17 above, as though same are set forth re the instant cause of action.

18     12. In their failure to competently inspect, maintain, and inform re the condition of their
19 aircraft, Defendants, and each of them, negligently caused and inflicted emotional distress
20 upon Plaintiff as follows: Plaintiff experienced, and continues to experience, sleeplessness,
21 depression, mood swings, and other similar mental manifestations and has treated for same
22 via the intake of depression relieving medications as prescribed by his physician(s).

23

24 **INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
25 **(Third Cause of Action)**

26     13. By this reference Plaintiff incorporates the allegations of paragraphs 1 through 12,
27 above, as though same are set forth re the instant cause of action.
28

Complaint for Damages

1    14. The conduct of the Defendants, as alleged hereinabove, was intentional, or in reckless disregard of the probability of causing Plaintiff humiliation, grief, mental anguish and emotional distress. As a proximate result of the above mentioned wrongful acts, Plaintiff did in fact suffer grief, severe mental anguish and emotional distress, all to his damages and a sum to be stated upon proof.

**VI.     PRAYER FOR RELIEF**

15. Wherefore, Plaintiff Theodore James Spelman, prays for judgment against Defendants and each of them as follows:

On the 1st through 3rd causes of action

    a. Special damages according to proof.

    b. General damages in the sum of $100,000.

    c. Punitive damages against the individuals in an amount to be determined by a jury.

    d. Cost of Suit; and

    e. Reasonable attorney's fees.

**VII.     JURY REQUESTED**

LAW OFFICE OF RONI ROTHOLZ

Dated: May 21, 2008

Roni Rotholz, attorney for Plaintiff,
Theodore James Spelman

Complaint for Damages

 **CIVIL COVER SHEET** 

JS 44 (Rev. 12/07) (cand rev 1-16-08)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

### I. (a) PLAINTIFFS
THEODORE JAMES SPELMAN

### DEFENDANTS
AMERICA WEST AIRLINES/US AIRWAYS

**(b) County of Residence of First Listed Plaintiff** (EXCEPT IN U.S. PLAINTIFF CASES)
Contra Costa

County of Residence of First Listed Defendant (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Roni Rotholz, Esq. (SBN 092448)
1870 Olympic Blvd., # 120
Walnut Creek, CA 94596
(925) 932-0193

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [X] 315 Airplane Product Liability | [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | [ ] 791 Empl. Ret. Inc. Security Act | | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | | **FEDERAL TAX SUITS** | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities – Other | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – Alien Detainee | | |
| | | | [ ] 465 Other Immigration Actions | | |

### V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
Injury resulting from airplane equipment failure

### VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

### VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

### IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
- [X] SAN FRANCISCO/OAKLAND
- [ ] SAN JOSE

DATE: May 23, 2008

SIGNATURE OF ATTORNEY OF RECORD
Roni Rotholz, Esq.