AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

| THEODORE JAMES SPELMAN | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. |
| AMERICA WEST AIRLINES/US AIRWAYS | ) |
| Defendant | ) |

JCS

## Summons in a Civil Action

To: AMERICA WEST AIRLINES/US AIRWAYS
(Defendant's name)

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Roni Rotholz, Esq. (SBN 092448)
1870 Olympic Blvd., # 120
Walnut Creek, CA 94596
Tel: (925) 932-0193; Fax: (925) 939-8434

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court
MARY ANN BUCKLEY

Date: MAY 23 2008

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)