**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA

450 GOLDEN GATE AVENUE

SAN FRANCISCO, CALIFORNIA 94102

Phone: 415.522.2035



RICHARD W. WIEKING
CLERK OF COURT

June 13, 2008

Roni Rotholtz
Law Office of Roni Rotholz
1870 Olympic Blvd., Suite 120
Walnut Creek, CA 94596

**Re:   THEODORE J. SPELMAN  v. AMERICA WEST AIRLINES**
       C08-02626 (JCS)

Dear Counsel:

 This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

 The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

 A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case. All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **June 27, 2008.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

 Sincerely,

 RICHARD W. WIEKING

 By: Karen L.Hom
     Deputy Clerk

Attachments

**United States District Court**
For the Northern District of California

1
2
3
4                               UNITED STATES DISTRICT COURT
5                              NORTHERN DISTRICT OF CALIFORNIA
6
7    THEODORE J. SPELMAN,                          No.  C 08-02626 JCS
8              Plaintiff(s),                       **CONSENT TO PROCEED BEFORE A**
                                                   **UNITED STATES MAGISTRATE JUDGE**
9         v.
10   AMERICA WEST AIRLINES,
11             Defendant(s).
12   _____/
13
14        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
15        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
16   in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate
17   Judge conduct any and all further proceedings in the case, including trial, and order the entry of a
18   final judgment. Appeal from the judgment shall be taken directly to the United States Court of
19   Appeals for the Ninth Circuit
20
21   Dated: _____          _____
22                                           Signature
23                                           Counsel for _____
                                             (Name or party or indicate "pro se")
24
25
26
27
28

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THEODORE J. SPELMAN,                                    No.  C 08-02626 JCS

          Plaintiff(s),

      v.                                                      **DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND**

AMERICA WEST AIRLINES,                            **REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

          Defendant(s).
_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

      The undersigned party in the above-captioned civil matter hereby declines to consent to the

assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

requests the reassignment of this case to a United States District Judge.

Dated: _____            _____
                                                                    Signature

                                                                    Counsel for _____
                                                                    (Name or party or indicate "pro se")

3